UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWYERS UNITED INC, et al.,<br>    Plaintiffs,<br>    v.<br>UNITED STATES OF AMERICA, et al.,<br>    Defendants. | Case No. 22-cv-00004-PJH<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

As it appears that the plaintiffs assert these claims against unnamed members of the Judicial Council, I, the undersigned judge of the court, find myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: January 14, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge